**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | Civil Action No.: 6:20-cv-00952-ADA Civil Action No.: 6:20-cv-00953-ADA Civil Action No.: 6:20-cv-00956-ADA Civil Action No.: 6:20-cv-00957-ADA |
| PLAINTIFF, | § | Civil Action No.: 6:20-cv-00958-ADA |
| V. | § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., | § § | **JURY TRIAL DEMANDED** |
| DEFENDANT. | § § | |

**JOINT MOTION FOR ENTRY OF
SUPPLEMENTAL PROTECTIVE ORDER**

Plaintiff WSOU Investments, LLC and Defendant OnePlus Technology (Shenzhen) Co., Ltd. respectfully submit this Joint Motion for Entry of Supplemental Protective Order, which is attached hereto as Exhibit 1.

Dated: January 26, 2022

Respectfully Submitted,
*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170

Facsimile: (650) 453-5171

Joshua A. Whitehill (NY Bar No. 4766473)
jwhitehill@kasowitz.com
(Pro hac vice admission)
Bradley P. Lerman (NY Bar No. 4906079)
blerman@kasowitz.com
(Pro hac vice admission)
Howard L. Bressler (NY Bar No. 248379)
hbressler@kasowitz.com
(Pro hac vice admission)
Hershy Stern (NY Bar No. 4631024)
hstern@kasowitz.com
(Pro hac vice admission)
Noah P. Dorman (DC Bar No. 1779821)
(Pro hac vice admission)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (972) 387-4041

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND**
**DEVELOPMENT**

By: */s/ Jacob Minne*
Jacob J.O. Minne
(Pro hac vice admission)
jacob.minne@morganlewis.com
Michael J. Lyons
(Pro hac vice admission)
michael.lyons@morganlewis.com
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
ahren.hsu-hoffman@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 843-4000
Facsimile: (650) 843-4001

Elizabeth M. Chiaviello
Texas Bar No. 24088913
Elizabeth.chiaviello@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1717 Main Street, Suite 320
Dallas, TX 75201-7347
Telephone:  (214) 446-4000
Facsimile:  (214) 446-4001
**ATTORNEYS FOR DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.**

## **CERTIFICATE OF SERVICE**

A Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 26, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Jonathan K. Waldrop*
**Jonathan K. Waldrop**