**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>     *Plaintiff*,<br><br>v.<br><br>**ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,**<br><br>     *Defendant.* | **CIVIL ACTION NO. 6:20-CV-00952-ADA**<br>**CIVIL ACTION NO. 6:20-CV-00953-ADA**<br>**CIVIL ACTION NO. 6:20-CV-00956-ADA**<br>**CIVIL ACTION NO. 6:20-CV-00957-ADA**<br>**CIVIL ACTION NO. 6:20-CV-00958-ADA** |

**JOINT STIPULATION**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant OnePlus Technology (Shenzhen) Co. Ltd. ("OnePlus"), (collectively, "Parties"), hereby respectfully submit this Joint Stipulation.

The Parties stipulate that Mr. Hu's description of the accused OnePlus Warp Charging feature ("Accused Feature") applies to all OnePlus products accused of infringement for U.S. Patent No. 8,712,708 (the "'708 Patent"), including the OnePlus 3, OnePlus 3T, OnePlus 5, OnePlus 5T, OnePlus 6, OnePlus 6T, OnePlus 7, OnePlus 7 Pro, OnePlus 7T, OnePlus 7T Pro, OnePlus 8, OnePlus 8T, OnePlus 8 Pro, OnePlus 9, OnePlus 9 Pro, OnePlus Nord N10, OnePlus Nord N100, and OnePlus Nord N200.

Dated:  March 27, 2023                          RESPECTFULLY SUBMITTED


By:  */s/ Jonathan K. Waldrop*
      Jonathan K. Waldrop (CA Bar No. 297903)
      (Admitted in this District)
      jwaldrop@kasowitz.com
      Darcy L. Jones (CA Bar No. 309474)
      (Admitted in this District)
      djones@kasowitz.com
      Marcus A. Barber (CA Bar No. 307361)
      (Admitted in this District)
      mbarber@kasowitz.com
      John W. Downing (CA Bar No. 252850)
      (Admitted in this District)
      jdowning@kasowitz.com
      Heather S. Kim (CA Bar No. 277686)
      (Admitted in this District)
      hkim@kasowitz.com
      ThucMinh Nguyen (CA Bar No. 304382)
      (Admitted in this District)
      tnguyen@kasowitz.com
      **KASOWITZ BENSON TORRES LLP**
      333 Twin Dolphin Drive, Suite 200
      Redwood Shores, California 94065
      Telephone: (650) 453-5170
      Facsimile: (650) 453-5171

      Paul G. Williams (GA Bar No. 764925)
      (Admitted in this District)
      pwilliams@kasowitz.com
      **KASOWITZ BENSON TORRES LLP**
      1230 Peachtree Street N.E., Suite 2445
      Atlanta, Georgia 30309
      Telephone: (404) 260-6080
      Facsimile: (404) 260-6081

      Hershy Stern (NY Bar No. 4631024)
      (Admitted *pro hac vice*)
      hstern@kasowitz.com
      Howard L. Bressler (NY Bar No. 2487379)
      (Admitted *pro hac vice*)
      hbressler@kasowitz.com
      Joshua A. Whitehill (NY Bar No. 4766473)
      (Admitted *pro hac vice*)
      jwhitehill@kasowitz.com

Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
Craig D. Cherry (TX Bar No. 24012419)
ccherry@cjsjlaw.com
Gregory P. Love (TX Bar No. 24013060)
glove@cjsjlaw.com
Justin W. Allen (TX Bar No. 24081977)
justin@cjsjlaw.com
Melissa S. Ruiz (TX Bar No. 24128097)
mruiz@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PLLC**
The Roosevelt Tower
400 Austin Avenue, 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**

By: */s/ Michael J. Lyons*
Michael J. Lyons*
California Bar No. 202284
michael.lyons@morganlewis.com
Ahren C. Hsu-Hoffman
Texas Bar No. 24053269
Ahren.hsu-hoffman@morganlewis.com
Jacob J.O. Minne*
California Bar No. 294570
jacob.minne@morganlewis.com
Austin L. Zuck*
California Bar No. 318434
austin.zuck@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, CA 94304
T: 650.843.4000
F: 650.843.4001

Elizabeth M. Chiaviello
Texas Bar. No. 24088913
elizabeth.chiaviello@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201
T: 214.466.4000
F: 214.466.4001

*Admitted *pro hac vice*

***Attorneys for Defendant***
***OnePlus Technology (Shenzhen) Co. Ltd***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 27th day of March, 2023, via the Court's CM/ECF System.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop